1  LATHAM & WATKINS LLP
       Perry J. Viscounty (SBN 132143)
2      *perry.viscounty@lw.com*
   505 Montgomery Street, Suite 2000
3  San Francisco, CA 94111
   (415) 391-0600 / (415) 395-8095 Fax
4
   Attorneys for Plaintiff
5  craigslist, Inc.

6
   Andrew P. Holland/Bar No. 224737
7      *aholland@thoits.com*
   Mark V. Boennighausen/Bar No. 142147
8      *mboennighausen@thoits.com*
   THOITS LAW
9  400 Main Street, Suite 250
   Los Altos, California 94022
10  (650) 327-4200 / (650) 325-5572 Fax

11  Attorneys for Defendant
   DealerCMO, Inc.
12
                    UNITED STATES DISTRICT COURT
13
                   NORTHERN DISTRICT OF CALIFORNIA
14
                      SAN FRANCISCO DIVISION
15

16  CRAIGSLIST, INC., a Delaware corporation,        CASE NO. 16-cv-01451-VC

17                  Plaintiff,                        ORDER
                                                     **STIPULATION TO CONTINUE DEADLINE
18         v.                                         TO CONDUCT MEDIATION**

19  DEALERCMO, INC., a California                     Current Deadline:  September 21, 2016
   corporation; and Does 1 through 10,               New Deadline:       October 13, 2016
20  inclusive,

21                  Defendants.

22

23

24

25

26

27

28

1    1.    Plaintiff craigslist, Inc. and Defendant DealerCMO, Inc. (collectively, the

2  "Parties"), hereby STIPULATE AND AGREE, and respectfully request approval from this

3  Court, to extend the current deadline to complete the ADR process to October 13, 2016.

4    2.    Pursuant to Civil L.R. 16-8 and ADR L.R. 3-5, the Parties submitted a stipulation

5  selecting private mediation with JAMS on May 31, 2016.  (Dkt. #20).

6    3.    On June 21, 2016, the Court ordered that the mediation shall be held within "90

7  days from today's date" (Dkt. #23), or September 21, 2016.

8    4.    To accommodate the schedules of the parties, their counsel and the mediator, the

9  Parties respectfully request that the Court extend this deadline to October 13, 2016.  The parties

10  currently have a mediation with JAMS scheduled for October 13, 2016.

11  Dated:  September 12, 2016                LATHAM & WATKINS LLP

12                                            By: /s/ Perry J. Viscounty
                                                  Perry J. Viscounty
13                                                Attorneys for Plaintiff craigslist, Inc.

14  Dated:  September 12, 2016                THOITS LAW
15
                                            By: /s/ Andrew P. Holland
16                                                Andrew P. Holland
                                                  Mark V. Boennighausen
17                                                Attorneys for Defendant DealerCMO, Inc.

18

19

20  **PURSUANT TO STIPULATION, IT IS SO ORDERED** that the deadline to complete the

21  ADR Process is extended to October 13, 2016.

22

23

24  Dated:  ____9/13_____, 2016        _____

25                                            Hon. Vince Chhabria
                                              UNITED STATES DISTRICT JUDGE
26

27

28  ATTESTATION:  I hereby attest that concurrence in the filing of this document has been obtained from
    the other signatory.  Dated:  September 12, 2016 /s/ Perry J. Viscounty

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

US-DOCS\70782733.1

1

Case No. 16-cv-01451-VC
STIPULATION TO CONTINUE DEADLINE
TO CONDUCT MEDIATION